O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HARPER,<br>Petitioner,<br>v.<br>DAVID DAVEY, Warden,<br>Respondent. | Case No. ED CV-16-02250-JFW (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge, and the Supplemental Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

///
///
///
///
///

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that (1) the Petition is GRANTED; (2) Respondent's motion for a stay is DENIED; and (3) this matter is remanded to the Superior Court of Riverside County for resentencing in a manner consistent with the Magistrate Judge's Report and Recommendation and <u>Miller v. Alabama</u>, 567 U.S. 460 (2012). |

DATED: November 28, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE