JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HARPER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID DAVEY, Warden,<br><br>　　　　Respondent. | Case No. ED CV-16-02250-JFW (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that (1) the Petition is GRANTED and (2) this matter is remanded to the Superior Court of Riverside County for resentencing in a manner consistent with the Magistrate Judge's Report and Recommendation and <u>Miller v. Alabama</u>, 567 U.S. 460 (2012).

DATED: November 28, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE